IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEVEN SIMMONS                                                              PLAINTIFF

V.                                          No. 13-3100

JOHN FELTS, Arkansas Board of
Parole; KENT VILLINES, Parole Office
Supervisor; and JAMIN B. MARTIN,
Parole Officer                                                              DEFENDANTS

## O R D E R

On this 17th day of April, 2014, there comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on March 18, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The dismissal of this action constitutes a strike under 28 U.S.C. § 1983, and therefore, the Clerk of the Court is directed to place a §1915(g) strike on the case.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge